# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANET E. JONES | * | |
| Plaintiff, | * | |
| v. | * | Civil No: 1:09-cv-431 |
| THE CBE GROUP, INC. | * | Judge Andre M. Davis |
| and | * | |
| MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH, INC. | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL

Janet Jones, Plaintiff, by undersigned counsel, hereby dismisses all claims and causes of action herein raised, with prejudice.

Respectfully submitted,

_____/s/_____
William M. Huddles, MD Bar No.: 01184
Lucas F. Webster, MD Bar No.: 14425
Joseph L. Katz, MD Bar No.: 28029
**Huddles Jones Sorteberg & Dachille, P.C.**
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(410) 720-0072
(410) 720-0329 (fax)
Huddles@hjpc.com
Webster@hjpc.com
Katz@hjpc.com

**Counsel for Plaintiff
Janet E. Jones**